JOHN S. LEONARDO
United States Attorney
District of Arizona
RYAN P. DEJOE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: ryan.dejoe@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 12-1796-TUC-CKJ (LAB) |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO DISMISS INFORMATION |
| Nolan Jerome-Edward McDermott, | |
| Defendant, | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court, the United States Attorney for the District of Arizona hereby dismisses the Information in the above-captioned case without prejudice against defendant Nolan Jerome-Edward McDermott.  Counsel for the defendant, Ray Ybarra Maldonado, has no objection to the motion.

Respectfully submitted this 17th day of February, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/Ryan P. DeJoe*

RYAN P. DEJOE
Assistant U.S. Attorney