IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | NO. CR 12-1796-TUC-CKJ |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**DISMISSING INFORMATION** |
| Nolan Jerome-Edward McDermott, | ) | |
| Defendant. | ) | |

The Court has reviewed the Government's Motion to Dismiss its Information against the Defendant, therefore,

IT IS ORDERED GRANTING the Motion to Dismiss and Amended Motion to Dismiss (Doc. 93 and Doc. 94).

IT IS FURTHER ORDERED the Information in the above-captioned matter is dismissed without prejudice.

DATED this 19th day of February, 2015.

_____
Cindy K. Jorgenson
United States District Judge

c:

U.S. Marshals Service